AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
6/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
06/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ARO DEPUTY

United States of America

v.

EDUARDO PINEDA,

Defendant.

Case No. 8:25-mj-00494-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 14, 2025 in the county of Orange in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Wyatt S. Haccou*
*Complainant's signature*

Wyatt S. Haccou, Special Agent, (ATF)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 18, 2025

*Judge's signature*

City and state: Santa Ana, California

Hon. John D. Early, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Wyatt S. Haccou, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am currently assigned to the ATF Los Angeles Field Division, Santa Ana Field Office, and have been employed by the ATF since December 2021. I have assisted in numerous investigations involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, possession of machineguns, the illegal distribution of firearms, burglaries, robberies, and other violent crimes. I have been involved with numerous serial robbery investigations involving a suspect or suspects committing multiple robberies, most of which were armed, of various businesses over a short period of time. Currently, I am assigned to the ATF Orange County Violent Crime Task Force (OCVCTF) based in Orange County, California. This Task Force is dedicated to identifying, tracking, and apprehending armed violent offenders committing criminal violations, to include but not limited to violations of Hobbs Act Robbery, burglaries, carjackings, murder, and other firearm related violations.

2. I have received training during my employment as an ATF Special Agent in various topics to include but not limited to: robberies affecting interstate commerce, interview techniques, illegal trafficking of firearms, the utilization of informants, the activities of criminal street gangs, asset forfeiture, and conducting surveillance and wire interceptions. Through these investigations, my training and experience, and conversations with other experienced agents and law enforcement personnel, I have become familiar with the methods used by individuals to plan and commit robberies, to acquire, smuggle, safeguard, and store firearms, to distribute firearms, and to collect and launder related, illicit proceeds. I am also familiar with how controlled substances are imported, manufactured, distributed, and sold. I have become familiar with the schemes of individuals engaged in the

illegal importation, smuggling, manufacturing, and sales of firearms and controlled substances.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of an arrest warrant and criminal complaint charging Eduardo PINEDA ("PINEDA"), with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

4. The facts set forth in this affidavit are based upon my training and experience, information obtained from Huntington Beach Police Department ("HBPD") reports and other experienced law enforcement personnel, and my review of HBPD Body Worn Camera ("BWC") footage. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. STATEMENT OF PROBABLE CAUSE

### A. PINEDA Possessed a Firearm and Ammunition on June 14, 2025

5. I reviewed HBPD BWC footage and police reports written by HBPD Officer Swain and Officer Evans regarding a case involving PINEDA that occurred on June 14, 2025, and learned the following:

a. On June 14, 2025, PINEDA was arrested for being in possession of a firearm and ammunition during a protest in Huntington Beach, California.

b. On June 14, 2025, at approximately 6:14 p.m., HBPD Officers Swain and Evans were working uniformed patrol in Huntington Beach, California monitoring an active protest. During the protest, Officer Swain observed PINEDA waving a Mexican flag and yelling "Fuck Trump" at bystanders around Main Street and Pacific Coast Highway in Huntington Beach, California. Officer Swain

heard PINEDA yell at an individual stating that PINEDA was going to knock him out while turning his body in a fighting posture, aggressively waving the flag in a threatening manner. HBPD Officer Swain determined that PINEDA's actions were in violation of California Penal Code 415(1), making a threat of violence to another while also threatening to fight in a public place.

c. HBPD Officer Swain and Officer Evans attempted to contact PINEDA; however, PINEDA began walking away southbound on Pacific Coast Highway on the east curbline, waving the flag as vehicles were passing him northbound. HBPD Officer Swain and Officer Evans attempted to detain PINEDA for being in the roadway and impeding traffic, which is a violation of California Vehicle Code section 21954(A). HBPD Officer Evans then observed PINEDA walk into the third lane of the street on Pacific Coast Highway, waving the flag at vehicles again, while vehicles had to slow down and maneuver around PINEDA.

d. Officers detained PINEDA. From a records check based on PINEDA's information, Officer Evans discovered PINEDA had an active misdemeanor warrant for his arrest for California Penal Code sections 242, 243(a), and 594(b)(2)(a).

e. Pineda was arrested and placed in handcuffs. While in handcuffs, PINEDA told HBPD Officer Swain and Officer Kasmarski that PINEDA had a firearm in his waistband. Officers searched PINEDA and found an unholstered black Glock Model 44, .22 caliber pistol, bearing serial number AEMC631. The Glock pistol was loaded with 9 rounds of .22 caliber ammunition with one round chambered in the pistol for a total of 10 rounds.

f. HBPD Officer Swain also discovered, based on the records check, that PINEDA was a convicted felon and is prohibited from possessing firearms and ammunition.

g. PINEDA was placed inside a HBPD patrol vehicle and transported to the HBPD jail. While at the jail, PINEDA began to kick the cell door repeatedly, flood his toilet located inside the cell, and threw wet towels at the camera.

**B. PINEDA Has Two Felony Convictions**

6. Based on a review of PINEDA's criminal history, I learned that PINEDA has the following prior felony convictions punishable by imprisonment for a term exceeding one year:

a. Taking a vehicle without owner's consent/vehicle theft, in violation of California Penal Code Section 10851(A) in California Superior Court, County of Orange, Case number 19NF1172, on or about August 8, 2019, for which he was sentenced to 364 days in jail.

b. Robbery, in violation of California Penal Code Sections 211-212.5(c) in California Superior Court, County of Orange, Case Number 20NF3537, on or about February 25, 2021, for which he was sentenced to 3 years in prison.

**C. Interstate Nexus**

7. On June 17, 2025, I forwarded information regarding the firearm recovered from PINEDA to ATF Special Agent (SA) Monica Lozano, an interstate nexus expert. SA Lozano determined that the firearm recovered from PINEDA's possession was manufactured outside of California. Therefore, because the firearm was recovered in the state of California, it must have moved in interstate or foreign commerce.

///

## IV. CONCLUSION

8. For all the reasons described above, there is probable cause to believe that PINEDA has committed a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 18th day of June, 2025.

HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE